IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:17-CR-155 |
| v. | : | |
| MILTON MOSLEY | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion to suppress (Doc. 26) is **DENIED**. Jury selection and trial is scheduled to begin on June 4, 2018, at 9:30 a.m., in Courtroom No. 3, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                  s/Sylvia Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: April 16, 2018