IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:17-CR-155** |
| | : | |
| **v.** | : | |
| | : | |
| **MILTON MOSLEY** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 4th day of January, 2023, upon consideration of Defendant Milton Mosley's motion to vacate his sentence under 28 U.S.C. § 2255, (Doc. 97), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED.** There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. 2253(c). **IT IS SO ORDERED.**

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge
